**MEMO ENDORSED**



Joseph
& Norinsberg
Fighting for Employee Justice

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/26/26__

| Downtown Manhattan Office | Midtown Manhattan Office | Newark Office |
|---|---|---|
| One World Trade Center, 85th Floor | 825 Third Avenue, Suite 2100 | One Gateway Center, Suite 2600 |
| New York, New York 10007 | New York, New York 10022 | Newark, New Jersey 07102 |

| Philadelphia Office | Boston Office | Orlando Office |
|---|---|---|
| 1650 Market Street, Suite 3600 | 225 Franklin Street, 26th Floor | 300 N. New York Avenue, Suite 832 |
| Philadelphia, Pennsylvania 19103 | Boston, Massachusetts 02110 | Winter Park, Florida 32790 |

**Caitlin Duffy, Esq.**
caitlin@employeejustice.com
Direct: (617) 419-0142

*Via ECF Only*

The Honorable Barbara C. Moses
United States Magistrate Judge for the
Southern District of New York
500 Pearl Street
New York, New York 10007

> Application GRANTED. The Court will hold the January 27, 2026 initial conference by telephone. A few minutes before the conference, the parties must call (855) 244-8681 and enter the access code 2314 181 4376#. SO ORDERED.
>
> Barbara Moses
> United States Magistrate Judge
> January 26, 2026

Re:    *Angel Estevez v. Alma Realty Corp.*, 25-cv-08560-PAE-BCM

Dear Judge Moses:

We represent Plaintiff Angel Estevez ("Plaintiff") in this putative collective and class wage-and-hour action against Defendant Alma Realty Corp. ("Defendant"). Pursuant to the Court's December 12, 2025 Order, the parties are scheduled for an initial conference on January 27, 2026, at 10:00 a.m.

Lead counsel for Plaintiff will be traveling from Massachusetts to appear in person. In light of the forecasted severe weather conditions associated with Winter Storm Fern, and with Defendant's consent, the parties respectfully request that the initial conference be held by telephone or videoconference.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

CAITLIN DUFFY, ESQ.