USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 09/09/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGEL ESTEVEZ, *on behalf of himself and all others similarly situated*,

Plaintiff,

-against-

ALMA REALTY CORP. and 100 MAIN STREET REALTY LLC,

Defendant.

25-CV-8560 (PAE) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed during today's status conference, the parties must file a joint status letter no later than **September 23, 2026**.

Dated: New York, New York
September 9, 2026

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**